TOWN OF WINDSOR and Douglas Delano, et al. v. EMPLOYER'S

650

MUTUAL CASUALTY COMPANY, et al., No. 391-79

December 4, 1979. Inasmuch as the transcript has been ordered in this case, the motion to dismiss for failure to order transcript is denied.

Billings, J.